March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-　　　　　　　　　　　　　　　　21-MJ-3645 (__) (__)

Albert Paulin,
                Defendant(s).

-----------------------------------------------------------------X

Defendant __Albert Paulin_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

/s/ Albert Paulin　　　　　　　　　　　　　　　　/s/ Robert M. Baum
_____　　　_____
Defendant's Signature　　　　　　　　　　　　　Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Albert Paulin**　　　　　　　　　　　　　　　　**Robert M. Baum**
_____　　　_____
Print Defendant's Name　　　　　　　　　　　　Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/5/2021　　　　　　　　　　　　　　　　　　/s/ Stewart D. Aaron
_____　　　_____
Date　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge